UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MAURILLIO PORTILLO, on behalf of
himself and all others similarly situated,                                          21-cv-05988

                                      Plaintiff,                      NOTICE OF
                                                                  VOLUNTARY
                                                                  DISMISSAL

                                 - against -

TAQUERIA GRAMERCY, LLC,
d/b/a TAQUERIA GRAMERCY,
TAQUERIA DOWNTOWN
CATERING CO., LOS CUERNOS and
TAQUERIA ST. MARKS PLACE,
and ANDREA BARRAZA a/k/a
ANDREA AZPEITIA and
PHILLIP BARRAZA, individually,

                                          Defendants.
------------------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to F.R.C.P. (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntary dismissed, without prejudice against the Defendants.

Dated:  August 13, 2021
            New York, New York

So ordered.
The Clerk shall close this case.
8/16/2021

THE LAW OFFICES OF JACOB ARONAUER

By:    */s/ Jacob Aronauer*
       Jacob Aronauer, Esq.
       225 Broadway, 3rd Floor
       New York, NY 10007
       (212) 323-6980
       *Attorney for Plaintiff*

_____
J. PAUL OETKEN
United States District Judge